FILED
2018 JUN -8 PH 3: 18

Attachment 2 - EEOC Complaint Form

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
__AUSTIN__ **DIVISION**

__MARGARET HAULE__

(Name of plaintiff or plaintiffs)

v.

Civil Action **A18CV0493 RP**
(Supplied by Clerk's Office)

__AUSTIN HABITAT FOR HUMANITY__

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by __MARGARET HAULE__, Plaintiff, pursuant to the following selected jurisdiction:

   **(Please select the applicable jurisdiction)**

[ x ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[   ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) **(ADEA)**.

[   ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) **(ADA)**.

[ x ] The Equal Pay Act (29 USC § 206(d)) **(EPA)**.

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant __Austin Habitat for Humanity__ (Defendant's name) lives at, or its business is located at __500 West Ben White Blvd.__ (street address), __Austin__ (city), __Texas__ (state), __78704__ (zip).

28

Rev. Ed. October 26, 2017

3a.  Plaintiff sought employment from the defendant or was employed by the defendant at  500 West Ben White Blvd., Austin  (street address), (city),  Texas  (state),  78704  (zip).

3b.  At all relevant times of claim of discrimination, Defendant employed  > 100  (#) employees.  If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ___(year).  If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: May 2017 - present

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about  October  (month)  20  (day)  2017  (year).  (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month)  March  8  (day)  2018  (year).  (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**  PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ x ] Yes
[   ] No

**VERY IMPORTANT NOTE:**  IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.  Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ x ]  Race (If applicable, state race) _____

[   ]  Color (If applicable, state color) _____

**29**

Rev. Ed. October 26, 2017

[ x ]  Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[   ]  Religion (If applicable, state religion) _____

[   ]  National Origin (If applicable, state national origin) _____

[   ]  Age (If applicable, state date of birth) _____

[   ]  Disability (If applicable, state disability) _____

[ x ]  Prior complaint of discrimination or opposition to acts of discrimination.
       (Retaliation) (If applicable, explain events of retaliation) _____

   The defendant:   **(please select all that apply)**

[   ]  failed to employ plaintiff.

[ x ]  terminated plaintiff's employment.

[   ]  failed to promote plaintiff.

[   ]  harassed plaintiff.

[ x ]  other (specify) ~~Based upon its investigation, the EEOC is unable to conclude that the information~~ obtained establishes violations of the statues. This does not certify that the respondent is in compliance with the statues. No finding is made as to any other issues that might be construed as having been raised by this charge.

8a.    State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**    INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

Plaintiff s _____

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:   Phyliss Snodgrass, CEO, received letter from Plaintiff in September 2017 about the promises that were made to me about pay raise and hours changed from pt to ft, a lucrative donor I obtained, and starting pay for job as a result of Plaintiff's work, and possible land prospects for further housing development. Vaughn, AA male, was a driver and mover who confronted William Stockton, VP of Retail, about the unfair pay that the new hiree Will had received informing him that I had it $13 per hour, higher than both Vaughn who had worked there longer and myself. Will's poor work ethics such as refusing to move heavier items and he also witnessed Will being my replacement. He informed me that Brandon had taken the Confederate donated item which was stealing and grounds for firing. Sam, AA male, was accused of stealing and was later fired and asked for help from site since he had witnessed a lot of improper practices

8c.    List any documentation that would support plaintiff's allegations and explain what the documents will prove:

Exhibit A. Email from EEOC Investigator which includes Email from Plaintiff with response to rebuttal from AHFH's Attorneys request for dismissal. Investigator could not include it in charge due to it being 3 days passed deadline. Case was prematurely closed as a result.
Exhibit B. Letter to Phyliss Snodgrass, CEO of Plaintiff's pay rate, and referrals for land prospects.
Exhibit C. Note of Vaughn's messages stating that he had been fired for refusing to take a drug test and AHFH was appealing his unemployment.

Rev. Ed. October 26, 2017

30

Violations of the Equal Pay act are being added. There was only one African-American working full time as an employee in the administrative side which generally paid more and did not involve manual labor versus the retail STORE side which paid less and had required more manual labor. Blacks were being subject to heavier manual labor, paid less than their white counterparts (Vaughn v. Will), punished more severely such as wrongful terminations for stealing while their white counterpart was allowed to stay (Sam v. Brandon), and subject to drug tests.   The above acts or omissions set forth in paragraphs 7 and 8 are:

[ x ]   still being committed by defendant.
[   ]   no longer being committed by defendant.

10.   Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[ x ] Defendant be directed to ~~enter Mediation/Alternative Dispute Resolution, undergo anti-discrimination and~~ sexual harassment training, and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

June 7, 2018
Date
*/signature/*
Signature of Plaintiff

3405 Texas Topaz Drive
Address of Plaintiff

Austin            Texas                       78728
City              State                       Zip Code

512-329-8908
Telephone Number(s)

31

Rev. Ed. October 26, 2017